**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**AT LEXINGTON**

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| **DESIREE BALAGOT-CORTEZ** | ) | |
| | ) | |
| | ) | **Case No. _____** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **SPEEDWAY LLC, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendants Speedway LLC ("Speedway") and Limestone Square Apartments, LLC ("Limestone"), by counsel and in accordance with the provisions of 28 U.S.C. § 1332, 1441(b) and 1446, jointly file and provide notice of removal on the grounds set forth below:

1.      On June 19, 2018, Plaintiff Desiree Balagot-Cortez ("Plaintiff") commenced a civil action in the Circuit Court of Fayette County, Kentucky, where it is presently pending (Case No. 18-CI-02207) ("State Court Lawsuit").

2.      Speedway and Limestone hereby remove this State Court Lawsuit from the Circuit Court of Fayette County, Kentucky to the United States District Court for the Eastern District of Kentucky, Lexington Division.  True copies of the pleadings from the State Court Lawsuit are attached as follows:

| Exhibit | Date | Description |
|---------|------|-------------|
| A | 6/19/2018 | Summons & Complaint |
| B | 7/3/2018 | Entry of Appearance for Limestone Square Apartments, LLC |
| C | 7/3/2018 | Answer of Limestone Square Apartments, LLC |
| D | 7/3/2018 | Limestone Square Apartments, LLC's Notice to Receive Service Via Electronic Means |
| E | 7/3/2018 | Limestone Square Apartments, LLC's First Set of Discovery Requests to Plaintiff |
| F | 7/12/2018 | Answer of Speedway |
| G | 7/12/2018 | Joint Stipulation of Dismissal |
| H | 9/7/2018 | Plaintiff's Notice of Service of Limestone Square Apartments, LLC's Answers to First Set of Interrogatories and Requests for Production of Documents |
| I | 9/7/2019 | Plaintiff's Answers to Defendant's Interrogatories and Requests for Production of Documents |
| J | 9/14/2018 | Speedway's Notice of Filing of Notice of Removal |
| K | 9/25/2018 | Plaintiff's Notice of Service of Supplemental Responses to Limestone Square Apartments, LLC's Discovery Requests |
| L | 11/13/2018 | Notice of Filing of Order Remanding to State Court |
| M | 1/18/2019 | Speedway's Notice of Service of Discovery Requests to Limestone Square Apartment, LLC's |
| N | 1/18/2019 | Speedway's Discovery Requests to Limestone Square Apartment, LLC |
| O | 1/18/2019 | Limestone Square Apartment, LLC's Responses to Request for Admissions |
| P | | Pleadings from Removal Proceeding |

Exhibits A-O constitute all process and pleadings served upon Speedway and filed in the State Court Lawsuit to date.

3.      As noted above, the State Court Lawsuit was filed on June 19, 2018.  At that time, the State Court Lawsuit was not removable based on the allegations therein.

4.      On September 7, 2018, Plaintiff served Responses to Limestone's First Set of Discovery Requests ("Plaintiff's Responses").  A copy of the Responses is attached hereto as Exhibit I.

5.      Plaintiff's Responses set forth that Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs.  *See* Answer to Interrogatory No. 20.

6.      Based upon Plaintiff's Responses, Speedway filed a notice of removal to this Court on September 14, 2018 on the basis of diversity jurisdiction. A copy of copy of all pleadings and orders served in the removal proceeding are collectively attached as Exhibit P.

7.      On October 12, 2018, Plaintiff filed a motion to remand, arguing that Speedway had proffered no evidence proving that diversity exists, and therefore, remand was appropriate so the parties could conduct discovery to determine the nature of Limestone's ties with the Commonwealth and the citizenship of its members.

8.      After conferring with one another, the parties agreed to the Court remanding the case for the purpose of discovery related to diversity, specifically including the citizenship of Limestone and the ownership of the premises at issue.

9.      The Court remanded the case on November 5, 2018.

10.      On January 18, 2019, Speedway served Limestone with a First Set of Interrogatories and Requests for Admissions. That same day, Limestone served Speedway with Responses to the Requests for Admissions ("Limestone Admissions").  A copy of the Limestone Admissions is attached hereto as Exhibit O.

11.      According to the Limestone Admissions, Limestone's sole member is Robert K. Wood, who is a citizen of Florida.  Thus, the time within which Speedway is required to file a Notice of Removal to this Court has not yet expired.  28 U.S.C. § 1446(b)(3).

12.     Additionally, this Notice is filed in advance of trial and within one year of commencement of the State Court Lawsuit.  Consequently, removal will not result in prejudice to Plaintiff, as this matter is in the initial pleading state and discovery has only just commenced.

## BASIS FOR REMOVAL

13.     This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332 (diversity jurisdiction).  This action may be removed from the Fayette Circuit Court pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

14.     Pursuant to Plaintiff's Responses, specifically her Answer to Interrogatory No. 20, Plaintiff admits that she is seeking damages in an amount in excess of $75,000 exclusive of interest and costs. This admission establishes that the amount in controversy exceeds the jurisdictional threshold of this Court.

15.     This action is between citizens of different states because of the following:

A.     Plaintiff was, at the time the action was commenced, and still is, a citizen of and domiciled in Kentucky, as evidenced in paragraph 1 of the Complaint.  Accordingly, for purposes of removal of this action, Plaintiff is a citizen of Kentucky and no other state.

B.     At the time this action was commenced, Speedway was a limited liability company organized and existing under the laws of Delaware, with its principal place of business in Ohio.  Speedway's sole member, MPC Investment, LLC, is an Ohio limited liability company with its principal place of business in Ohio.  The sole member of MPC Investment, LLC is Marathon Petroleum Corporation, a Delaware corporation with its principal place of business in Ohio.  Therefore, for purposes of removal of this action, Speedway was, at the time the action was commenced, and still is, a citizen of Delaware and Ohio and no other state.

4

C.      At the time this action was commenced, Limestone was a Kentucky limited liability company with its principal place of business in Florida.  Limestone's sole member, Robert K. Wood, is a citizen of and domiciled in Florida.  *See* Limestone's Admissions.  Therefore, for purposes of removal of this action, Limestone was, at the time the action was commenced, and still is, a citizen of Florida and no other state.

16.      Removal to this District Court and division is proper under 28 U.S.C. § 1441(a) because this is the district and division embracing the place where the action is pending.

17.      Written notice of the filing of this Notice of Removal is being promptly given to the Plaintiff's counsel and Limestone's counsel and a copy of this Notice of Removal is being promptly filed with the Clerk of the Fayette Circuit Court as required by 28 U.S.C. § 1446(d), which provides that the state court shall proceed no further and that this Notice of Removal effects the removal.

18.      Pursuant to 28 U.S.C. §1446(b)(2), all defendants join and consent to this Notice of Removal.

Respectfully submitted,

*/s/ Logan J. Mayfield*
David A. Owen (Bar No. 82150)
Logan J. Mayfield (Bar No. 97287)
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Phone:  (859) 899-8730
Fax:  (844) 670-6009
dowen@dickinsonwright.com
lmayfield@dickinsonwright.com
COUNSEL FOR DEFENDANT
SPEEDWAY LLC

*/s/ Jesse A. Shore*

Jesse A. Shore (Bar No. 95147)
Markesbery & Richardson Co., L.P.A.
110 E. Third Street
Lexington, Kentucky 40508
Shore@m-r-law.com
COUNSEL FOR DEFENDANT
LIMESTONE  SQUARE  APARTMENTS,
LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, this 14th day of February, 2019, to the following:

Amanda M. Perkins
GILBERT LAW GROUP, PLLC
177 N. Limestone
Lexington, Kentucky 40507
aperkins@gilbertgroupky.com
COUNSEL FOR PLAINTIFF

Jesse A. Shore
Jason A. Snyder
Markesbery & Richardson Co., L.P.A.
110 E. Third Street
Lexington, Kentucky 40508
Snyder@m-r-law.com
COUNSEL FOR DEFENDANT
LIMESTONE SQUARE APARTMENTS, LLC

/s/ Logan J.  Mayfield
COUNSEL FOR DEFENDANT
SPEEDWAY LLC

LEXINGTON 63918-21 75619v1