# EXHIBIT A

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **18-CI-02207**
Court: **CIRCUIT**
County: **FAYETTE**

*Plantiff,* **BALAGOT-CORTEZ, DESIREE VS. LIMESTONE SQUARE APARTMENTS, LLC,** *Defendant*

**TO: CT CORPORATION**
**306 WEST MAIN STREET**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is SPEEDWAY LLC

The Commonwealth of Kentucky to Defendant:
**SPEEDWAY LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Vincent Riggs, Fayette Circuit Clerk
Date: **06/19/2018**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: 10695267850256@00000810394
CIRCUIT: 18-CI-02207 Certified Mail
BALAGOT-CORTEZ, DESIREE VS. LIMESTONE SQUARE APARTMENTS, LLC

eFiled

Package:000002 of 000007
Presiding Judge: HON. ERNESTO M. SCORSONE (622298)
Package : 000002 of 000007

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION: __
CIVIL ACTION NO. 18-CI-__________
*ELECTRONICALLY FILED*

DESIREE BALAGOT-CORTEZ PLAINTIFF

v.

LIMESTONE SQUARE APARTMENTS, LLC
SERVE: Via Certified Mail
Thomas C. Marks, Registered Agent
271 West Short Street
Suite 600
Lexington, KY 40507

*and*

SPEEDWAY LLC
SERVE: Via Certified Mail
CT Corporation System
306 West Main Street
Suite 512
Frankfort, KY 40601

*and*

SPEEDWAY SUPERAMERICA LLC
SERVE: Via Secretary of State
539 South Main Street
Findlay, OH 45840 DEFENDANTS

---

**COMPLAINT AND JURY DEMAND**

---

Comes now the Plaintiff, Desiree Balagot-Cortez by and through counsel, and for her Complaint and Jury Demand, states as follows:

**Jurisdiction and Venue**

1. The Plaintiff, Desiree Balagot-Cortez, is and was at all times relevant herein referred to a resident of Lexington, Fayette County, Kentucky.

Package:000003 of 000007

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000003 of 000007

2. The Defendant, Limestone Square Apartments, LLC, is a Kentucky Limited Liability Company in good standing with the Commonwealth of Kentucky and currently doing business in Kentucky, registered to do business in Kentucky and in fact doing business in Kentucky, with a principal office located at 116 Gulfstream Road, Palm Beach, Florida and whose registered agent for service of process is named above.
3. The Defendant, Speedway LLC, is a foreign limited liability corporation in good standing with the Commonwealth of Kentucky, registered to do business in Kentucky and in fact doing business in Kentucky, with a principal office located at 500 Speedway Drive, Enon, Ohio and whose registered agent for service of process is named above.
4. The Defendant, Speedway SuperAmerica LLC, is foreign limited liability corporation in classified as inactive with the Commonwelaht of Kentucky, who may be served via Secretary of State at the address listed in the caption of this Cause pursuant to KRS 454.210(3).
5. Venue is proper in Fayette Circuit Court because Plaintiff's claims against the Defendants arose out of a fall which occurred on or about July 14, 2017, on premises owned, controlled, and/or maintained by the Defendants in Fayette County, Kentucky.

**Cause of Action**

**(Negligence)**

6. On or about on July 14, 2017, Plaintiff Desiree Balagot-Cortez was lawfully on the sidewalk owned, controlled, and/or maintained by the Defendants located at 819 South Limestone and 119 Gazette Street in Lexington, Kentucky.
7. Plaintiff was walking to her place of employment, the University of Kentucky, and using the sidewalk adjacent to the two above-referenced properties. Despite exercising all due

Package:000004 of 000007

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000004 of 000007

and reasonable care, she tripped and fell upon a defective, dangerous, unsafe, and/or hazardous defect present in the sidewalk surface.

8. Defendants, themselves or through their employees, agents, servants, assigns, or contractually bound parties, were responsible for the maintenance upkeep, repair, and/or hazard prevention of said premises on the day Plaintiff fell.
9. Defendants, themselves or through their employees, agents, servants, assigns, or contractually bound parties, knew or should have known by the exercise of reasonable care that the defect present in the parking lot presented a defective, dangerous, and unsafe condition.
10. Defendants, themselves or through their employees, agents, servants, assigns, or contractually bound parties, were responsible for the negligent design, construction, repair, upkeep, and/or maintenance of the sidewalk.
11. Defendants, themselves or through their employees, agents, servants, assigns, or contractually bound parties negligently failed to inspect, remedy, and/or cure the hazard to make the premises reasonably safe for those such as Plaintiff.
12. Defendants, themselves or through their employees, agents, servants, assigns, or contractually bound parties failed to warn of the unreasonably unsafe condition.
13. As a result of the negligence of the Defendants as described above, the Plaintiff suffered and continues to suffer damages flowing from her bodily injuries including past and future medical expenses; past and future physical and mental pain and suffering; loss of enjoyment of life; lost wages; and permanent impairment of her capacity to labor and earn money

Package:000005 of 000007

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000005 of 000007

WHEREFORE, Plaintiffs respectfully demands a jury trial and judgment against the Defendants, jointly and severally, as follows:

A. For compensatory damages in the amount deemed fair, just and reasonable by the trier of fact, including but not limited to:
   1. Past and future medical expenses;
   2. Past and future wage loss;
   3. Impairment of the ability to labor and earn money in the future;
   4. Loss of enjoyment of life; and
   5. Past and future mental and physical pain and suffering

B. For her costs expended herein;

C. For a JURY TRIAL on all issues so triable;

D. Leave to freely amend this and any subsequent pleading; and

E. For any and all other relief to which she may appear to be entitled including a reasonable attorney's fee.

Respectfully submitted,

/s/ Amanda M. Perkins
Amanda M. Perkins
GILBERT LAW GROUP, PLLC
177 N. Limestone
Lexington, KY 40507
T: (859) 252-0824
F: (859) 259-2931
aperkins@gilbertgroupky.com

Package:000006 of 000007

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000006 of 000007

**CERTIFICATION OF POSSIBLE SUBROGATION INTEREST PURSUANT TO KRS 411.188**

It is hereby certified that the following parties have been notified by certified mail of a possible subrogation interest pursuant to KRS 411.188(2) this the 19th day of June, 2018.

CorVel Corporation
12910 Shelbyville Road
Suite 236
Louisville, KY 40243

/s/ Amanda M. Perkins
Counsel for Plaintiff

Package:000007 of 000007

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000007 of 000007