# **EXHIBIT C**

Case: 5:19-cv-00050-JMH-EBA   Doc #: 1-3   Filed: 02/14/19   Page: 1 of 4 - Page ID#: 18

Jason A. Snyder (96357)<br>
Attorney for Defendant<br>
Limestone Square Apartments, LLC

## COMMONWEALTH OF KENTUCKY
## FAYETTE CIRCUIT COURT
## CASE NO.: 18-CI-02207

**DESIREE BALAGOT-CORTEZ**                                          **PLAINTIFF**

v.

**LIMESTONE SQUARE APARTMENTS, LLC, et al.**                        **DEFENDANTS**

---

### DEFENDANT LIMESTONE SQUARE APARTMENTS, LLC'S
### ANSWER TO PLAINTIFF'S COMPLAINT
### *(ELECTRONICALLY FILED)*

---

Comes now Defendant, Limestone Square Apartments, LLV, by and through counsel, and for its Answer to Plaintiff's Complaint, states as follows:

1. Defendant is without sufficient knowledge as to the truth of the allegations contained in Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13 of Plaintiff's Complaint, and thus denies them.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

4. Plaintiff's injuries and damages, if any, were caused or contributed to by Plaintiff's own negligence, and thus any judgment or recovery for Plaintiff must be reduced accordingly.

5. Plaintiff's injuries and damages, if any, were caused by a third-party over whom this Defendant had no control.

6. Plaintiff's injuries and damages, if any, were caused by an intervening, superseding and/or unforeseeable cause for which this Defendant bears no responsibility.

7. Plaintiff may have failed to mitigate his/her damages.

8. As an affirmative defense, Defendant states that Plaintiff's Complaint is barred by the applicable statute of limitations.

9. As an affirmative defense, Defendant states the defense of insufficiency of process and the insufficiency of service of process.

10. As an affirmative defense, Defendant states that Plaintiff has failed to join an indispensable and/or necessary party.

11. As an affirmative defense, Defendant states that Plaintiff may not be the real party in interest with respect to some or all of the claims asserted herein.

12. As an affirmative defense, Defendant reiterates and incorporates into this Answer all affirmative defenses set forth in Civil Rules 12(B) and 8(C).

13. Defendant reserves the right to supplement or withdraw affirmative defenses as the evidence may reveal.

WHEREFORE, having fully answered, Defendant, Limestone Square Apartments, LLC, prays that Plaintiff's Complaint be dismissed with prejudice, for its costs incurred herein, and for any and all other relief to which it may appear entitled.

Respectfully submitted,

*/s/ Jason A. Snyder*
Jason A. Snyder (96357)
Markesbery & Richardson Co., L.P.A.
Attorney for Defendant Limestone Square Apartments, LLC
110 E. Third Street
Lexington, Kentucky 40508
Phone: (859) 252-2955 ext. 312
Fax: (859) 252-2956
Snyder@m-r-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via regular U.S. Mail, postage prepaid upon:

Amanda M. Perkins
Gilbert Law Group, PLLC
177 N. Limestone
Lexington, KY 40507
*Attorney for Plaintiff*

Speedway LLC
306 West Main Street, Suite 512
Frankfort, KY 40601
*Co-Defendant*

Speedway SuperAmerica LLC
539 South Main Street
Findlay, OH 45840
*Co-Defendant*

on this 3rd day of July, 2018.

*/s/ Jason A. Snyder*
Jason A. Snyder (96357)

3